# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:22-mj-00016-CMM |
| vs. ) | |
| ) | |
| COLTON BETTIS, ) | |
|     Defendant. ) | |

## ORDER VACATING DETENTION HEARING

This matter is before the Court on a Waiver of Detention Hearing filed by defendant Colton Bettis on March 3, 2022.

The Court hereby accepts this Waiver and vacates the detention hearing currently scheduled for March 8, 2022.

Dated: March 4, 2022

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to:
Counsel of Record